**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Robert Jay VEDATSKY, Respondent.**

**No. 281, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 30, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of December, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 31, 1996, it is hereby

ORDERED that ROBERT JAY VEDATSKY, be and he is SUSPENDED from the Bar of this Commonwealth for a period of two (2) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Edward K. STRAUSS.**

**No. 632, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 30, 1996.

PETITION FOR REINSTATEMENT

*ORDER*

PER CURIAM:

AND NOW, this 30th day of December, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 6, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

ZAPPALA, J., did not participate in this matter.